# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| PAMELA RENEE MELILLO,<br><br>        Plaintiff,<br><br>-v-<br><br>JOHNSON CONTROLS, INC.,<br><br>        Defendant. | CV 19-25-M-BMM<br><br>**ORDER RE:**<br>**PLAINTIFF PAMELA RENEE**<br>**MELILLO'S UNOPPOSED**<br>**MOTION TO REMAND** |

Pursuant to Plaintiff PAMELA RENEE MELILLO'S Unopposed Motion to Remand, and good cause being shown, it is hereby ORDERED:

Based on Plaintiff's Affidavit attached to her Unopposed Motion to Remand in which she stipulates that she will not seek in either federal or state court an amount in excess of $75,000, inclusive of her claims for damages, penalties, and attorneys' fees, Plaintiff will likewise not seek fees related to the removal and/or subsequent remand, nor seek subsequent amendments of any kind that would increase the amount in controversy or that would add a claim giving rise to federal

question jurisdiction, the Affidavit's effect takes the matter out of federal jurisdiction; therefore, this case is remanded back to the Montana Fourth Judicial Court.

DATED this 4th day of March, 2019.

_____
Brian Morris
United States District Court Judge